UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARK A. TASSONE,<br>    Petitioner,<br><br>v.<br><br>EDWARD FICCO,<br>    Respondent. | )<br>)<br>)<br>)<br>)  Civil Action No. 04-10178-RCL<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

Undersigned counsel hereby enters his appearance on behalf of Edward Ficco, respondent in the above titled action.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ David M. Lieber
David M. Lieber (BBO# 653841)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts  02108
(617) 727-2200 ext.2827

Dated: February 25, 2004