UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MARK A. TASSONE,<br>　　　Petitioner,<br><br>v.<br><br>EDWARD FICCO,<br>　　　Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 04-10178-RCL |

### RESPONDENT'S MOTION TO DISMISS

Respondent Edward Ficco moves that this petition for writ of habeas corpus be dismissed pursuant to 28 U.S.C. § 2244(d)(1), because it was filed more than five years after the conviction it challenges became final.

For this reason, and for the reasons set forth in the accompanying Memorandum of Law in Support of Respondent's Motion to Dismiss, respondent respectfully requests that this petition be dismissed with prejudice.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ David M. Lieber
David M. Lieber (BBO# 653841)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts  02108
(617) 727-2200 ext.2827

Dated: February 25, 2004

**Certificate**

    Undersigned counsel certifies, pursuant to Local Rule 7.1(A)(2) that he attempted to reach counsel for petitioner by telephone on February 25, 2004, to confer as to whether the issues raised in this motion could be resolved, but was unable to reach counsel.

                                                      /s/ David M. Lieber