UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK A. TASSONE,<br>Petitioner,<br><br>v.<br><br>EDWARD FICCO,<br>Respondent. | Civil Action No. 04-10178-RCL |

## SUPPLEMENTAL APPENDIX

Respondent, pursuant to Rule 5 of the Rules Governing Section 2254 Cases, submits the following Supplemental Appendix, which contains the following documents:

| | |
|---|---|
| Middlesex Superior Court Docket Sheets | SA 1-14 |
| Appeals Court Docket Sheets (Direct Appeal) | SA 15-16 |
| Appeals Court Docket Sheets (Collateral Review) | SA 17-18 |
| Appeals Court Opinion (Collateral Review) | SA 19-22 |
| Supreme Judicial Court Docket Sheets | SA 23 |

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

_____
David M. Lieber (BBO# 653841)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200 ext.2827

Dated: February 25, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on petitioner February 25, 2004, by depositing the copy in the office depository for collection and delivery by first-class mail, postage prepaid, to: Russell J, Redgate, Esq., Post Office Box 82, West Barnstable, MA 02668.

*/s/ David M. Lieber*
David M. Lieber