# Commonwealth of Massachusetts
## MIDDLESEX SUPERIOR COURT
## Case Summary
## Criminal Docket

## Commonwealth v Tassone, Mark A

Details for Docket: MICR1993-01372

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | MICR1993-01372 | **Caption:** | Commonwealth v Tassone, Mark A |
| **Entry Date:** | 08/25/1993 | **Case Status:** | Crim 7 (6A Cambridge) |
| **Status Date:** | 09/10/2002 | **Session:** | Disposed (appeal denied) |
| **Lead Case:** | NA | **Deadline Status:** | Deadline act |
| **Trial Deadline:** | 09/07/1993 | **Jury Trial:** | YES |

### Parties Involved

2 Parties Involved in Docket: MICR1993-01372

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Tassone | **First Name:** | Mark A |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |
| **Last Name:** | Commonwealth | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

### Attorneys Involved

7 Attorneys Involved for Docket: MICR1993-01372

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | |
| **Last Name:** | Redgate | **First Name:** | Russell J |
| **Address:** | 1025 Route 6A | **Address:** | PO Box 82 |
| **City:** | W Barnstable | **State:** | MA |
| **Zip Code:** | 02668 | **Zip Ext:** | |
| **Telephone:** | 508-362-6607 | **Tel Ext:** | |
| **Fascimile:** | 508-428-4673 | **Representing:** | Tassone, Mark A (Defendant) |
| | | | |
| **Attorney Involved:** | | **Firm Name:** | MURP21 |
| **Last Name:** | Flaherty | **First Name:** | Daniel P |
| **Address:** | 43 Bowdoin Street | **Address:** | Suite 1A |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02114 | **Zip Ext:** | |
| **Telephone:** | 617-227-7777 | **Tel Ext:** | |
| **Fascimile:** | | **Representing:** | Tassone, Mark A (Defendant) |
| | | | |
| **Attorney Involved:** | | **Firm Name:** | MA138 |
| **Last Name:** | Donovan | **First Name:** | JoAnn |
| **Address:** | 450 Washington Street | **Address:** | Suite 206 |
| **City:** | Dedham | **State:** | MA |
| **Zip Code:** | 02026 | **Zip Ext:** | |
| **Telephone:** | 781-326-0632 | **Tel Ext:** | |
| **Fascimile:** | | **Representing:** | Tassone, Mark A (Defendant) |
| | | | |
| **Attorney Involved:** | | **Firm Name:** | RUBE01 |
| **Last Name:** | Barber-Mingo | **First Name:** | Eric R |
| **Address:** | 100 North Washington Street | **Address:** | |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02114 | **Zip Ext:** | 2128 |
| **Telephone:** | 617-742-4200 | **Tel Ext:** | |
| **Fascimile:** | 617-742-2355 | **Representing:** | |
| | | | |
| **Attorney Involved:** | | **Firm Name:** | MA02 |
| **Last Name:** | Birnbaum | **First Name:** | Crispin |

| | | | | |
|---|---|---|---|---|
| **Address:** | 200 Portland Street | **Address:** | Trial Division 3rd floor | |
| **City:** | Boston | **State:** | MA | |
| **Zip Code:** | 02114 | **Zip Ext:** | | |
| **Telephone:** | 617-727-2200 | **Tel Ext:** | 3301 | |
| **Fascimile:** | 617-727-3076 | **Representing:** | | |

| | | | | |
|---|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | | |
| **Last Name:** | O'Brine | **First Name:** | George T | |
| **Address:** | 24 North Street | **Address:** | | |
| **City:** | Salem | **State:** | MA | |
| **Zip Code:** | 01970 | **Zip Ext:** | | |
| **Telephone:** | 978-745-5424 | **Tel Ext:** | | |
| **Fascimile:** | | **Representing:** | Tassone, Mark A (Defendant) | |

| | | | | |
|---|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | | |
| **Last Name:** | Marchetti | **First Name:** | Frank P | |
| **Address:** | *****DECEASED***** | **Address:** | | |
| **City:** | | **State:** | | |
| **Zip Code:** | | **Zip Ext:** | | |
| **Telephone:** | | **Tel Ext:** | | |
| **Fascimile:** | | **Representing:** | Tassone, Mark A (Defendant) | |

## Calendar Events

56 Calendar Events for Docket: MICR1993-01372

| No. | Event Date: | Event Time: | Calendar Event: | SES: | Event Status: |
|---|---|---|---|---|---|
| 1 | 09/20/1993 | 14:00 | Conference: Pre-Trial | 5 | Event held as scheduled |
| 2 | 10/05/1993 | 14:00 | Hearing: Motion | 5 | Defendant did not appear/defa |
| 3 | 10/19/1993 | 14:00 | Status: Review by Session | 5 | Event continues over multiple c |
| 4 | 11/01/1993 | 14:00 | Status: Review by Session | 5 | Event continues over multiple c |
| 5 | 11/12/1993 | 14:00 | Status: Review by Session | 5 | Event continues over multiple c |
| 6 | 11/15/1993 | 14:00 | Status: Review by Session | 5 | Event continues over multiple c |
| 7 | 11/22/1993 | 14:00 | Status: Review by Session | 5 | Event continues over multiple c |
| 8 | 11/30/1993 | 14:00 | Hearing: Motion | 5 | Event continues over multiple c |
| 9 | 12/07/1993 | 14:00 | Hearing: Motion | 5 | Event continues over multiple c |
| 10 | 12/14/1993 | 14:00 | Hearing: Motion | 5 | Event continues over multiple c |

| | | | | | |
|---|---|---|---|---|---|
| 11 | 01/25/1994 | 14:00 | Hearing: Motion | 5 | Event continues over multiple c |
| 12 | 02/17/1994 | 14:00 | Hearing: Motion | 5 | |
| 13 | 03/03/1994 | 14:00 | Conference: Status Review | 5 | Event canceled not re-schedule |
| 14 | 03/07/1994 | 14:00 | Conference: Status Review | 5 | |
| 15 | 03/08/1994 | 14:00 | Conference: Status Review | 5 | |
| 16 | 03/28/1994 | 14:00 | Conference: Status Review | 5 | |
| 17 | 03/31/1994 | 14:00 | Hearing: Motion | 5 | Event held as scheduled |
| 18 | 04/07/1994 | 14:00 | Conference: Status Review | 5 | Event held as scheduled |
| 19 | 04/19/1994 | 09:00 | Conference: Status Review | 5 | Event canceled not re-schedule |
| 20 | 04/21/1994 | 14:00 | Hearing: Motion | 5 | Event canceled not re-schedule |
| 21 | 05/03/1994 | 09:00 | Conference: Status Review | 1 | Event held as scheduled |
| 22 | 05/03/1994 | 09:00 | Status: Review by Session | 5 | Event canceled not re-schedule |
| 23 | 05/10/1994 | 09:00 | Conference: Trial Assignment | 1 | |
| 24 | 06/07/1994 | 09:00 | Conference: Trial Assignment | 1 | |
| 25 | 06/22/1994 | 09:00 | Conference: Trial Assignment | 1 | |
| 26 | 06/28/1994 | 09:00 | Conference: Trial Assignment | 1 | Event held as scheduled |
| 27 | 07/14/1994 | 09:00 | Status: Administrative Review | 1 | |
| 28 | 07/20/1994 | 09:00 | Hearing: Motion | 1 | |
| 29 | 07/21/1994 | 09:00 | Hearing: Motion | 4 | Event held as scheduled |
| 30 | 08/29/1994 | 09:00 | TRIAL: by jury | 1 | Event canceled not re-schedule |
| 31 | 08/29/1994 | 09:00 | Conference: Status Review | 1 | Event held as scheduled |
| 32 | 09/07/1994 | 09:00 | Status: Administrative Review | 1 | |
| 33 | 09/08/1994 | 09:00 | Status: Administrative Review | 1 | Defendant did not appear/defa |
| 34 | 09/12/1994 | 09:00 | TRIAL: by jury | 1 | Event canceled not re-schedule |
| 35 | 09/27/1994 | 09:00 | Status: Review by Session | 1 | Event canceled not re-schedule |
| 36 | 10/11/1994 | 09:00 | Status: Review by Session | 1 | Event canceled not re-schedule |
| 37 | 10/17/1994 | 09:00 | Status: Review by Session | 1 | |
| 38 | 11/14/1994 | 09:00 | Status: Review by Session | 1 | Event held as scheduled |
| 39 | 11/17/1994 | 09:00 | Status: Review by Session | 1 | Event held as scheduled |
| 40 | 12/01/1994 | 09:00 | Hearing: Motion | 1 | Event canceled not re-schedule |
| 41 | 12/15/1994 | 09:00 | Status: Administrative Review | 1 | |
| 42 | 01/04/1995 | 09:00 | Status: Administrative Review | 1 | Event held as scheduled |
| 43 | 01/25/1995 | 09:00 | Hearing: Motion | 1 | Event held as scheduled |
| 44 | 01/26/1995 | 09:00 | Conference: Status Review | 1 | |
| 45 | 01/27/1995 | 09:00 | Conference: Status Review | 1 | |
| 46 | 02/01/1995 | 09:00 | Conference: Status Review | 1 | |
| 47 | 02/10/1995 | 09:00 | Conference: Status Review | 1 | Event held as scheduled |
| 48 | 02/15/1995 | 09:00 | Hearing: Motion | 1 | Event held as scheduled |
| 49 | 03/14/1995 | 09:00 | Hearing: Misc Matters | 1 | Event held as scheduled |
| 50 | 04/03/1995 | 09:00 | TRIAL: by jury | 1 | |
| 51 | 05/01/1995 | 09:00 | TRIAL: by jury | 1 | |

SA0004

| 52 | 05/08/1995 | 09:00 | TRIAL: by jury | 7 | Trial begins |
| 53 | 05/09/1995 | 09:00 | TRIAL: by jury | 7 | Trial begins |
| 54 | 05/10/1995 | 09:00 | TRIAL: by jury | 7 | Trial begins |
| 55 | 05/11/1995 | 09:00 | TRIAL: by jury | 7 | Trial begins |
| 56 | 05/12/1995 | 09:00 | TRIAL: by jury | 7 | Event held as scheduled |

# Full Docket Entries

367 Docket Entries for Docket: MICR1993-01372

| Entry Date: | Paper No: | Docket Entry: |
|---|---|---|
| 08/25/1993 | 1 | Indictment returned |
| 09/07/1993 | | Deft arraigned before Court |
| 09/07/1993 | | RE offense 1: Plea of not guilty |
| 09/07/1993 | | RE offense 2: Plea of not guilty |
| 09/07/1993 | | Continued until 09/20/93 for PTC |
| 09/07/1993 | 2 | Commonwealth Statement of the Case |
| 09/20/1993 | 3 | Pre-trial conference report, filed in court. |
| 09/20/1993 | 4 | Motion by Commonwealth for Court Order to Restrict Discovery of |
| 09/20/1993 | 4 | Videotapes, filed in Court |
| 09/20/1993 | | Continued until 10/20/93 for NEM. |
| 09/20/1993 | 5 | Pre-trial conference report, filed in court |
| 09/23/1993 | 6 | bail sat: $2500.00 cash, (red # 6626) |
| 10/05/1993 | | Deft defaulted; Capias issued to District Attorney. |
| 10/07/1993 | | Default removed; |
| 10/19/1993 | | Continued until 11/01/93 for status |
| 11/01/1993 | | Continued until 11/12/93 for status |
| 11/15/1993 | | Continued until 11/22/93 for Status |
| 11/22/1993 | | Continued until 11/30/93 sttus |
| 11/30/1993 | | Continued until 12/07/93 NEM |
| 12/07/1993 | | Continued until 12/14/93 NEM |
| 12/14/1993 | | Continued until 01/25/94 NEM |
| 12/14/1993 | 7 | Motion by Deft for Police Reports, Sau Reports, Names of Witnesses, |
| 12/14/1993 | 7 | and Witnesses' Statements, filed in court, allowed as modified. (Peter |
| 12/14/1993 | 7 | M Lauriat, Justice) |
| 12/14/1993 | 8 | Motion by Deft for Hospital Records, filed in court, motion allowed as |
| 12/14/1993 | 8 | modified. (Peter M Lauriat, Justice) |
| 12/14/1993 | 9 | Motion by Deft for Exculpatory Evidence; Medical Evidence, filed in |
| 12/14/1993 | 9 | Court, allowed as modified. (Peter M Lauriat, Justice) |
| 12/14/1993 | 10 | Motion by Deft for Medical and Physical Evidence, Hospital Records, |

| Date | # | Entry |
|---|---|---|
| 12/14/1993 | 10 | and Rape Kits,filed in court,motion allowed as to par #1,3 and 4. |
| 12/14/1993 | 10 | Withdrawn as to #2. (Peter M Lauriat, Justice) |
| 12/14/1993 | 11 | Motion by Deft for disclosure of Proposed Expert Testimony, filed in |
| 12/14/1993 | 11 | Court, allowed without objection as to par #1-4. Withdrawn as to |
| 12/14/1993 | 11 | Par#5-7 (Peter M Lauriat, Justice) |
| 12/14/1993 | 12 | Motion by Deft for disclosure of Statements of All Witnesses,filed in |
| 12/14/1993 | 12 | Court, allowed as limited. (Peter M Lauriat, Justice) |
| 12/14/1993 | 13 | Motion by Deft for Exculpatory Evicence: Prior Accusations of Sexual |
| 12/14/1993 | 13 | Abuse,filed in court, allowed as to any prior false allegations of |
| 12/14/1993 | 13 | Rape,filed in Court. (Peter M Lauriat, Justice) |
| 12/14/1993 | 14 | Motion by Deft for Exculpatory Evidence,filed in court, allowed as to |
| 12/14/1993 | 14 | par # 1 & 2 as modified. Withdraw as to P#3 and 4. (Peter M Lauriat, |
| 12/14/1993 | 14 | Justice) |
| 12/14/1993 | 15 | Motion by Deft for Funds for a Private Investigator,filed in court, |
| 12/14/1993 | 15 | motion allowed in amount not to exceed $750.00 without prejudice. |
| 12/14/1993 | 15 | (Peter M Lauriat, Justice) |
| 12/14/1993 | 16 | Affidavit in Support of Motions for Disclosure,filed in Court |
| 12/14/1993 | 17 | Motion by Deft: for Omnibus Motion for Discovery and Proceedings |
| 12/14/1993 | 17 | Pursuant to Commonwealth V. Bishop Filed in Court |
| 12/15/1993 | | Motion Page# 17 allowed After Hearing, the within motion is Allowed |
| 12/15/1993 | | only in so far as the Commonwealth shall disclose to defense counsel |
| 12/15/1993 | | of record only, the dates of admission or treatment and names and |
| 12/15/1993 | | addresses of treating hospitals and physicians, psychologists and |
| 12/15/1993 | | rape counselors for the perior from Jan.1/1988 to date. The |
| 12/15/1993 | | information disclosed, if ony, shall be deemed confidential and shall |
| 12/15/1993 | | not be disseminated or disclosed by defense counsel to anyone, |
| 12/15/1993 | | including the defendant, without prior written application to and |
| 12/15/1993 | | approval of the Court. ( Lauriat, J.) |
| 01/12/1994 | 18 | Commonwealth files Answers to Discovery Motion Filed in Court |
| 01/25/1994 | | Continued until 02/17/94 Evid.Motions |
| 02/16/1994 | | Hospital records from (Cambridge City Hospital) |
| 02/17/1994 | 19 | Order to Proudce Records of Alleged Victim. ( |
| 02/17/1994 | 20 | Order to Produce Records of Alleged Victim |
| 02/17/1994 | | Continued until 03/03/94 status |
| 03/07/1994 | | Continued until 03/08/94 for status & 04/19/94 ATD |
| 03/07/1994 | 21 | Attorney Memorandum of Law of Beth Israel Hospital Against the |
| 03/07/1994 | 21 | Production of Certain Treatment Records of Alleged Victim Filed in |
| 03/07/1994 | 21 | Ct. |
| 03/07/1994 | 22 | Complaint's Objection to Production of Psychiatric Record |
| 03/28/1994 | | Continued until 03/31/94 NEM |
| 03/31/1994 | | Continued until 04/07/94 status |

| Date | # | Entry |
|---|---|---|
| 04/07/1994 | | Continued until 04/21/94 Status |
| 04/20/1994 | | Continued until 5/3/94 for status. |
| 04/26/1994 | 23 | ORDER that Camb Hosp & Waltham Weston Hosp & Medical Center records |
| 04/26/1994 | 23 | may be viewed by counsel subject to the terms of this Order. (Robert |
| 04/26/1994 | 23 | H. Bohn, Justice) filed in court |
| 04/26/1994 | 24 | Memorandum of Opinion: Re:Mt Auburn Hosp.records- only four pages |
| 04/26/1994 | 24 | dated Jan 12, 1994 may be viewed by counsel. See Memorandum. The |
| 04/26/1994 | 24 | material not made available will be marked Exhibit "A" for |
| 04/26/1994 | 24 | identification and will be retained in the possession of the Clerk of |
| 04/26/1994 | 24 | Courts. (Robert H. Bohn, Jr., Justice) |
| 05/03/1994 | | Continued until 5/10/94 for atd. |
| 05/10/1994 | | Continued until 6/7/94 for ATD (Robert H Bohn, Justice) |
| 05/10/1994 | | Reporter present: Elizabeth Buchanan |
| 06/07/1994 | | Continued until 06/22/94 ATD |
| 06/07/1994 | | Reporter present: Elizabeth Buchanan |
| 06/22/1994 | | Continued until 6/28/94 for atd. |
| 06/28/1994 | | Continued until 08/29/94 trial |
| 06/28/1994 | | Reporter present: Elizabeth Buchanan |
| 07/14/1994 | | Continued until 07/20/94 Bishop Hearing |
| 07/14/1994 | | Reporter present: Elizabeth Buchanan |
| 07/21/1994 | 25 | Motion by Beth Israel Hospital for a Protective Order, filed in Court |
| 07/21/1994 | 25 | Nunc Pro Tunc 3/16/94 |
| 07/21/1994 | 26 | ORDER ON COMPLAINANT'S CLAIM OF PRIVILEGE. (SEE ORDER) (Peter M |
| 07/21/1994 | 26 | Lauriat, Justice) copies mailed to deft's atty, atty Kaveny of Beth |
| 07/21/1994 | 26 | Israel Hosp & ADA |
| 07/22/1994 | 27 | Protective Order: Re Medical records from Beth Israel Hospital- See |
| 07/22/1994 | 27 | Order for Judge's instructions. (Peter M Lauriat, Justice) copy sent |
| 07/22/1994 | 27 | to atty Donovan and ADA Birnbaum |
| 07/22/1994 | | Continued until 9/12/94 for trial |
| 07/26/1994 | 28 | ORDERED: On Compliant's and Medical Provider's Claims of Privilege By |
| 07/26/1994 | 28 | the Court (Peter M Lauriat, Justice) |
| 07/26/1994 | 29 | Affidavit of Psychiatry Dept. Beth Israel Hospital Dr. Veronica Reed |
| 07/26/1994 | 29 | Ryback |
| 08/29/1994 | | Continued until 09/07/94 Status |
| 08/29/1994 | | Reporter present: Elizabeth Buchanan |
| 08/29/1994 | 30 | ORDERED: To Produce Hospital Records from Butler Hospital (Robert H |
| 08/29/1994 | 30 | Bohn, Justice) |
| 08/29/1994 | 31 | ORDERED: To Produce Hospital Records From St. Elizabeth (Robert H |
| 08/29/1994 | 31 | Bohn, Justice) |
| 08/29/1994 | 32 | Motion by Deft: To have alleged victim examined, filed in Court and |
| 08/29/1994 | 32 | referred to trial judge. |

| Date | # | Entry |
|---|---|---|
| 09/08/1994 | | Deft defaulted; Capias to Issue Sept.12,1994 |
| 09/12/1994 | | Defendant committed into Custody of Sheriff |
| 09/12/1994 | | Mittimus issued |
| 09/12/1994 | | Continued until 10/01/94 Status |
| 09/12/1994 | | Elizabeth Buchanan |
| 09/14/1994 | 33 | Mittimus Committing Defendant Into Custody Of Sheriff Returned With |
| 09/14/1994 | 33 | Service |
| 09/26/1994 | | Continued until 9/27/94 for status (Robert F Shell, A/C/M) |
| 09/27/1994 | 34 | Motion by Deft: for Psychiatric Evaluation Under M.G.L. Ch123,Sec 15A |
| 09/27/1994 | 34 | and 15B Filed In Court |
| 09/27/1994 | | Deft Motion (P#34) allowed. (Robert F Shell AC/M) |
| 09/27/1994 | | ORDERED: Deft committed for observation per 123:15:b () |
| 09/27/1994 | | Order Issued |
| 10/17/1994 | | Continued until 11/14/94 for status |
| 10/17/1994 | | Reporter present: Dorothy Robertson |
| 10/24/1994 | 35 | Request for habeas corpus to receive issued to director, State |
| 10/24/1994 | 35 | Hospital Bridgewater 11/14/94 |
| 11/14/1994 | 36 | Evaluation report filed by Peter W Cohen, MD Bridgewater State |
| 11/14/1994 | 36 | Hospital filed in court |
| 11/14/1994 | | Custody revoked-same order as to Bail |
| 11/14/1994 | | Continued until 12/1/94 Bishop Status |
| 11/14/1994 | 37 | Habeas corpus for Deft at Bridgewater State Hospital returned with |
| 11/14/1994 | 37 | service |
| 11/14/1994 | | Reporter present: Elizabeth B Piper |
| 11/30/1994 | | Hospital records from St. Elizabeth's hospital. |
| 12/01/1994 | | Continued until 12/15/94 for Bishop Status |
| 12/01/1994 | 38 | Reporter present: Elizabeth B Piper |
| 12/12/1994 | 39 | Evaluation report |
| 12/12/1994 | 40 | Order of (Justice Peter Lauriat) |
| 12/15/1994 | | Continued until 1/4/95 for Bishop |
| 12/15/1994 | | Reporter present: Elizabeth B Piper |
| 12/19/1994 | 41 | Impoundment Order(documents be marked as "B" and be impounded by the |
| 12/19/1994 | 41 | Clerk of Courts for Appellate purposes only (Gordon L Doerfer, |
| 12/19/1994 | 41 | Justice) |
| 12/19/1994 | 42 | Order of (Gordon L Doerfer, Justice)Re: Records (A) and (B) |
| 12/19/1994 | 43 | Protective Order (Gordon L Doerfer, Justice) |
| 12/29/1994 | | Records Received From Cambridge Hospital |
| 01/04/1995 | | Continued until 1/25/95 for Bishop Motion |
| 01/04/1995 | | Reporter present: Elizabeth B Piper |
| 01/25/1995 | | Continued until 1/26/95 for LC |
| 01/25/1995 | | Reporter present: Elizabeth B Piper |

| Date | No. | Entry |
|---|---|---|
| 01/26/1995 | | Continued until 1/27/95 for LC |
| 01/26/1995 | | Reporter present: ELizabeth B Piper |
| 01/27/1995 | | Continued until 2/1/95 for LC |
| 01/27/1995 | | Reporter present: ELizabeth B Piper |
| 01/27/1995 | 44 | Ex-parte affidavit in support of motion for exculpatory evidence: |
| 01/27/1995 | 44 | mental health records of filed in court with addendum |
| 01/27/1995 | 45 | Order to Disclose Records of the Cmbridge Hospital filed in Court |
| 01/27/1995 | 45 | (Regina L. Quinlan, Justice) (see protective order) |
| 02/10/1995 | | Continued until 2/15/95 for Bishop Motion |
| 02/10/1995 | | Reporter present: Nancy Lowney |
| 02/15/1995 | | Continued until 4/3/95 for trial |
| 02/15/1995 | | Reporter present: ELizabeth B Piper |
| 02/15/1995 | 46 | Appointment of Counsel Marchetti |
| 02/15/1995 | | Appearance of Deft's Atty: Marchetti |
| 02/27/1995 | 47 | Motion by Deft: To Be Permitted Expenses To Hire Investigator Filed |
| 02/27/1995 | 47 | In Court |
| 02/27/1995 | | Deft Motion (P#47) Allowed not to exceed $1000 (Joseph M Marshall,CM) |
| 02/27/1995 | 48 | Motion by Deft: To Be Furnished With Copies Of Grand Jury Minutes |
| 02/27/1995 | 49 | Motion by Deft: For The Production Of Police Department Reports |
| 02/27/1995 | 50 | Motion by Deft: For Production Of Any And All Commonwealth Witness |
| 02/27/1995 | 50 | Statements Under Rule 23 (b) |
| 03/14/1995 | 51 | Commonwealth's Answers To Defendant's Discovery Motions |
| 04/03/1995 | | Continued until 05/01/95 for Trial |
| 04/03/1995 | | Reporter present: Elizabeth B Piper |
| 04/28/1995 | 52 | Motion by Commonwealth: in Limine to Preclude Deft's Use of Evidence |
| 04/28/1995 | 52 | Contained in Victim's Confidential and Privileged Psychicatric |
| 04/28/1995 | 52 | Records |
| 04/28/1995 | 53 | Motion by Commonwealth: in Limine to Admit Evidence of Fresh |
| 04/28/1995 | 53 | Complaint |
| 05/01/1995 | 53 | Motion by Deft: to continue trial date. |
| 05/01/1995 | | Motion (P#53.1)allowed, referred to session 7A for assignment of |
| 05/01/1995 | | trial date. (Robert H Bohn, Justice) |
| 05/01/1995 | 53 | Commonwealth files memorandum in opposition to defendant's motion to |
| 05/01/1995 | 53 | continue, filed in Court. |
| 05/01/1995 | 53 | Motion by Commonwealth: in limine to preclude defendant's use of |
| 05/01/1995 | 53 | evidence contained in victim's confidential & privileged psychiatric |
| 05/01/1995 | 53 | records, filed in Court. |
| 05/01/1995 | 53 | Motion by Commonwealth: in limine to admit evidence of fresh |
| 05/01/1995 | 53 | complaint, filed in Court. |
| 05/02/1995 | 53 | Commonwealth files list of potential witnesses, filed in Court. |
| 05/03/1995 | | Records received from Cambridge Hospital. |

| Date | # | Entry |
|---|---|---|
| 05/03/1995 | 53 | Motion by Deft: for introduction of selected bishop records with supporting memorandum, filed in Court. |
| 05/08/1995 | 54 | Motion by Deft: to be permitted additional expenses to hire psychiatrist, filed in Court. |
| 05/08/1995 | | Motion (P#54)allowed not to exceed $1,500 (Joseph M Marshall, CM) |
| 05/08/1995 | 55 | Deft files notice of intention to offer defense of lack of criminal responsibility because of mental disease or defect, filed in Court. |
| 05/09/1995 | 56 | Motion by Deft: for a view, filed in Court. |
| 05/09/1995 | 57 | Commonwealth files list of potential witnesses, filed in Court. |
| 05/09/1995 | 58 | Motion by Deft: for sequestration of witnesses, filed in Court. |
| 05/09/1995 | | Motion (P#58)allowed, By the Court. (Joseph A Grasso Jr., Justice) |
| 05/09/1995 | 59 | Deft files request for voir dire of jurors, filed in Court. |
| 05/09/1995 | 60 | Motion by Deft: for required finding of not guilty, filed in Court. |
| 05/09/1995 | | Motion (P#60)allowed, By the Court. (Joseph A Grasso Jr., Justice) |
| 05/11/1995 | 61 | Commonwealth files request for jury instructions, filed in Court. |
| 05/11/1995 | | After charge and before deliberation, the alternates are. Ronald Gialam #7, John Annino #3. |
| 05/12/1995 | 62 | 001-Verdict slip. |
| 05/12/1995 | 63 | 002:Verdict slip. |
| 05/12/1995 | | RE offense 1: Guilty verdict |
| 05/12/1995 | | RE offense 2: Guilty verdict |
| 05/12/1995 | | Exhibits listed (trial) |
| 05/12/1995 | | 001 & 002:Verdict of guilty |
| 05/12/1995 | | 001:Sentence-MCI Cedar Junction for a term not exceeding 15 yrs. or less than 10 yrs. (Joseph A Grasso Jr., Justice) |
| 05/12/1995 | | Mittimus issued to MCI Cedar Junction. |
| 05/12/1995 | | Notified of right of appeal under Rule 64 (Appellate Appeal) |
| 05/12/1995 | | Notified of right of appeal under Rule 65 (Appeal) |
| 05/12/1995 | | Victim-witness fee assessed: $50.00 |
| 05/12/1995 | | 002:On file defendant not objecting (Joseph A Grasso Jr., Justice) |
| 05/12/1995 | | Attested copy of indictment mailed to MCI Cedar Junction. |
| 05/15/1995 | 64 | Mittimus returned with service |
| 05/22/1995 | 65 | Motion by Deft: To Revise and Revoke |
| 05/22/1995 | 66 | Notice of appeal to verdict and sentencing |
| 05/22/1995 | 67 | Withdrawal of appearance filed by Marchetti |
| 05/25/1995 | 68 | Court Reporter Harriet Sears is hereby notified to prepare one copy of the transcript of the evidence of May 9th, 10th and 11th.1995 |
| 05/25/1995 | 69 | Court Reporter Erika Goldberg is hereby notified to prepare one copy of the transcript of the evidence of May 12th.1995 |
| 08/21/1995 | | Victim-witness fee paid as assessed $50.00 |
| 09/28/1995 | 70 | Pro Se Motion by Deft: to dismiss appointed counsel & to appoint new |

| Date | # | Entry |
|---|---|---|
| 09/28/1995 | 70 | counsel. |
| 11/10/1995 | 71 | Committee for Public Counsel Services appointed for Appeal (Joseph M |
| 11/10/1995 | 71 | Marshall, C/M) |
| 11/20/1995 | | Sentence credit given as per 279:33A: 79 days |
| 01/22/1996 | | Appearance of Deft's Atty: Redgate |
| 07/24/1996 | | Court Reporter Harriet Sears is hereby notified to prepare one copy |
| 07/24/1996 | | of the transcript of the evidence of May 9,10,11,1995 before Justice |
| 07/24/1996 | | Grasso(this is the third reqeust for these transcripts, one July |
| 07/24/1996 | | 19,19 95 and may 25,1995 |
| 10/10/1996 | 72 | Two sets, four volumes in each set of the transcript of evidence |
| 10/10/1996 | 72 | delivered to the Clerk of Courts this day. (5/9,10 & 11/95-Trial, |
| 10/10/1996 | 72 | Harriet Sears, Court Reporter & 5/12/95-Disposition, Erika Goldberg, |
| 10/10/1996 | 72 | Court Reporter) |
| 10/10/1996 | 73 | Notice of assembly of record:two certified copies of docket entries, |
| 10/10/1996 | 73 | two sets of the transcript of evidence and a list of exhibits sent to |
| 10/10/1996 | 73 | the Clerk of the Appeals Court this day. |
| 10/10/1996 | | Notice of assembly of record sent to Russell Redgate, Esq. and Thomas |
| 10/10/1996 | | Reilly, District Attorney. |
| 01/13/1997 | 74 | Order Of Civil Commitment Of A Prisoner Pursuant To G.L.c.123:18 This |
| 01/13/1997 | 74 | Commitment Order Expires July 7, 1997 |
| 01/21/1997 | 75 | Motion by Deft: To Exempt Appellate Counsel From Orders Restricting |
| 01/21/1997 | 75 | Use Of Confidential Records |
| 01/23/1997 | 76 | Commonwealth files Opposition To Defendant's Motion To Exempt |
| 01/23/1997 | 76 | Appellate Counsel From Orders Restricting Use Of Confidential Records |
| 02/03/1997 | 77 | Deft files Supplement To Motion To Exempt Appellate Counsel From |
| 02/03/1997 | 77 | Orders Restricting Use Of Confidential Records |
| 03/19/1997 | | Motion (P#75) allowed (Gordon L. Doerfer, Justice)copy sent to atty & |
| 03/19/1997 | | ada. |
| 04/09/1997 | 78 | Motion by Commonwealth: For Reconsideration Of Order Exempting |
| 04/09/1997 | 78 | Appellate Counsel From Impoundment Of Victim's Confidential Records |
| 05/30/1997 | | Motion (P#78) allowed (Gordon L. Doerfer, Justice)copy sent to atty & |
| 05/30/1997 | | ada. |
| 07/28/1997 | 79 | Rescript rec'd from Appellate Division: Ordered: that the judgement |
| 07/28/1997 | 79 | imposing said sentence stand and that said appeal be and is hereby |
| 07/28/1997 | 79 | dismissed. By the Appellate Division, sitting at Norfolk Superior |
| 07/28/1997 | 79 | Court at Dedham |
| 12/16/1997 | 80 | Order:Appellant's counsel may file a supplementary memorandum on |
| 12/16/1997 | 80 | impounded basis. See order. (By the Court, Armstrong, Porada & Lenk, |
| 12/16/1997 | 80 | JJ.) |
| 06/11/1998 | 81 | Rescript rec'd from Appeals Court Ordered, that the following entry |
| 06/11/1998 | 81 | be made in the docket: Judgment affirmed. By the Court, Ashley Ahearn |

| Date | # | Description |
|---|---|---|
| 06/11/1998 | 81 | Clerk. |
| 04/14/1999 | 82 | Motion by Deft: To Exempt Appellate Counsel From Orders Restricting |
| 04/14/1999 | 82 | Use Of Confidential Records |
| 04/26/1999 |  | Appearance of Commonwealth's Atty: Barber-Mingo |
| 07/02/1999 | 83 | Commonwealth Files Opposition To Defendants Motion To Exempt |
| 07/02/1999 | 83 | Appellate Counsel From Orders Restricting Use Of Confidential Records |
| 04/21/2000 | 84 | Motion by Deft: for a New Trial. copy sent to Justice Grasso |
| 04/21/2000 | 85 | Motion by Deft: for Filing of Affidvit & Memorandum Containing |
| 04/21/2000 | 85 | Excerpts from Confidential Psychological Records. copy sent to |
| 04/21/2000 | 85 | Justice Grasso |
| 04/21/2000 | 86 | Motion by Deft: for a Certificate to Secure the Production of Certain |
| 04/21/2000 | 86 | Confidential Psychological Records. copy sent to Justice Grasso. |
| 06/08/2000 | 87 | Commonwealth files Opposition To Defendant's Motion For Filing Of |
| 06/08/2000 | 87 | Affidavit And Memorandum Containing Excerpts From Confidential |
| 06/08/2000 | 87 | Psychological Records |
| 06/16/2000 | 88 | Deft files response to Opposition to motion for filing affidavit and |
| 06/16/2000 | 88 | memorandum in support of motion for new trial |
| 08/11/2000 | 89 | Memorandum and Order on Defendant's Motion to Exempt Appellate |
| 08/11/2000 | 89 | Counsel from Orders Restricting use of Confidential Records and |
| 08/11/2000 | 89 | Motion for Filing Affidavit and Memorandum in Support of Motion for |
| 08/11/2000 | 89 | New Trial: It is Ordered that the defendant be permitted to make |
| 08/11/2000 | 89 | reference to the confidential psychological records (the "A" records) |
| 08/11/2000 | 89 | of the victim in his affidavit and/or memorandum in support of his |
| 08/11/2000 | 89 | new trial motion. It is ordered Further that upon the filing of my |
| 08/11/2000 | 89 | brief or other document containing references to matters that are |
| 08/11/2000 | 89 | impounded or have been made confidential by statute, rule or order |
| 08/11/2000 | 89 | that counsel file a written notice to the Clerk of Court, with copies |
| 08/11/2000 | 89 | of all parties, so indicating. Wherever possible, counsel shall not |
| 08/11/2000 | 89 | disclose impounded or confidential material. Where it is necessary to |
| 08/11/2000 | 89 | include such impounded material in a brief or other document, counsel |
| 08/11/2000 | 89 | shall clearly indicate on the cover of the brief or document that |
| 08/11/2000 | 89 | impounded or confidential information is included therein. It is |
| 08/11/2000 | 89 | Ordered that the defendant shall file any such affidavit and |
| 08/11/2000 | 89 | memorandum within twenty-one days of the date of this order and |
| 08/11/2000 | 89 | promptly serve the same upon the Commonwealth. The Commonwealth shall |
| 08/11/2000 | 89 | thereafter file any opposing memorandum within twenty-one days and |
| 08/11/2000 | 89 | promptly serve the same upon defendant. To the extent that the |
| 08/11/2000 | 89 | Commonwealth's Opposition makes reference to imounded or confidential |
| 08/11/2000 | 89 | material, the Commonwealth shall be subject to the same requiirements |
| 08/11/2000 | 89 | and Orders as imposed upon the defendant. (Joseph A. Grasso, Jr., |
| 08/11/2000 | 89 | Justice) (copy sent to atty & ada on 8/14/00) |

| Date | # | Entry |
|---|---|---|
| 11/30/2000 | 90 | Motion by Deft: to Permit late filing of Memorandum and affidavit |
| 11/30/2000 | 91 | Affidavit of Counsel in Support of Defendants Motion for New trial & |
| 11/30/2000 | 91 | Memorandum of Law in Support of Motion for New Trial. (In Impoundment |
| 11/30/2000 | 91 | Vault) |
| 01/24/2001 | 92 | Memorandum of Decision and Order on Defendant's Motion for New Trial: |
| 01/24/2001 | 92 | Order-for the foregoing reasons, it is hereby ORDERED that the |
| 01/24/2001 | 92 | defendant's motion to compel production of certain psychologial |
| 01/24/2001 | 92 | records and his motion for new trial are denied. By the Court, Joseph |
| 01/24/2001 | 92 | A. Grasso,Jr. Justice of the Superior Court. Copy to Attorney and |
| 01/24/2001 | 92 | District Attorney----------This Order is Impounded) |
| 01/24/2001 | 93 | Order of Impoundment: it is hereby ORDERED THAT A MEMORANDUM OF |
| 01/24/2001 | 93 | DECISION AND ORDER DATED JANUARY 24, 2001, Containing references and |
| 01/24/2001 | 93 | materials from privileged or confidential psychologial records, be |
| 01/24/2001 | 93 | and hereby is impounded until further order of the court. A Copy of |
| 01/24/2001 | 93 | the Decision shall be sent to counsel of record who shall be bound by |
| 01/24/2001 | 93 | previous orders as to non-dissemination. By the Court, Joseph A. |
| 01/24/2001 | 93 | Grasso,Jr. Justice of the Superior Court- Copy to Attorney and DA |
| 01/24/2001 | 93 | (impounded) |
| 02/13/2001 | 94 | Defendant's Notice of appeal on Denial of Motion for New Trial. |
| 02/15/2001 | 95 | Notice of assembly of record: two certified copies of the docket |
| 02/15/2001 | 95 | entries, two sets of defendant's notice of appeal, defendant's motion |
| 02/15/2001 | 95 | for new trial, defendant's motion for filing of affidvit & memorandum |
| 02/15/2001 | 95 | containing excerpts from confidential psychological records, |
| 02/15/2001 | 95 | defendants motion for a certificate to secure the production of |
| 02/15/2001 | 95 | certain confidential psychological records, commonwealth's opposition |
| 02/15/2001 | 95 | to defendant's motion for filing of affidavit & memorandum containing |
| 02/15/2001 | 95 | excerpts from confidential psychological records, defendant's |
| 02/15/2001 | 95 | response to opposition to motion for filing affidavit & memorandum in |
| 02/15/2001 | 95 | support of motion for new trial, memorandum & order on defendant's |
| 02/15/2001 | 95 | motion to exempt appellate counsel from orders restricting use of |
| 02/15/2001 | 95 | confidential records & motion for filing affidavit & memorandum in |
| 02/15/2001 | 95 | support of motion for new trial, defendant's motion to permit late |
| 02/15/2001 | 95 | filing of memorandum & affidavit, also Impounded confidential |
| 02/15/2001 | 95 | material. |
| 02/15/2001 | | Notice of assembly of record sent to Russell Redgate, Esq. and Martha |
| 02/15/2001 | | Coakley, District Attorney |
| 02/26/2001 | | Appeals Court Notice of Entry: In accordance with Mass. Rule of |
| 02/26/2001 | | Appellate Procedure 10(a)(3), please note that the above-referenced |
| 02/26/2001 | | case was entered in this Court on 2/22/01. |
| 09/10/2002 | 96 | Order denying motion for new trial affirmed |
| 04/07/2003 | 97 | Committee for Public Counsel Services appointed Daniel P. Flaherty |

| | | |
|---|---|---|
| 04/30/2003 | | Appearance of Deft's Atty: Daniel P Flaherty |
| 11/21/2003 | 98 | Motion by Deft: For Funds with Counsel's Affidavit in Support of |
| 11/21/2003 | 98 | Motion (copy to Judge Quinlan) |
| 12/01/2003 | 99 | Motion by Deft: For Funds with Counsel's Affidavit in Support of |
| 12/01/2003 | 99 | Motion |
| 12/01/2003 | | Motion (P#99) allowed (Paul A. Chernoff, Justice).certified copy to |
| 12/01/2003 | | deft's atty. |
| 12/11/2003 | | Motion (P#98) In light of the unexplained delay in seeking to |
| 12/11/2003 | | prosexute the Motion to Revise and Revoke, the defendants motion for |
| 12/11/2003 | | funds is DENIED (Regina L Quinlan,Justice) |

## Charges

2 Charges for Docket: MICR1993-01372

| No. | Charge Description: | Indictment: | Status: |
|---|---|---|---|
| 1 | Rape | MIDA93-01372 | Guilty verdict |
| 2 | Assault & battery | MIDA93-01372 | Guilty verdict |

© Copyright, Massachusetts Administrative Office of the Trial Court, 2000 - 2001.

# APPEALS COURT
## Panel Cases
### Case Docket

**COMMONWEALTH vs. MARK A. TASSONE**
1996-P-1600

### CASE HEADER

| | | | |
|---|---|---|---|
| Case Status | Closed: Rescript issued | Status Date | 07/09/1998 |
| Nature | CRIMINAL | Entry Date | 10/10/1996 |
| Sub-Nature | RAPE/A&B | SJ Number | |
| Appellant | Defendant | Case Type | Criminal |
| Brief Status | | Brief Due | |
| Panel | Armstrong, Porada, Lenk, JJ. | Argued Date | 11/07/1997 |
| Citation | 45 Mass. App. Ct. 1103 | Decision Date | 06/11/1998 |
| Lower Court | Middlesex Superior Court | TC Number | |
| Lower Ct Judge | | TC Entry Date | |

### INVOLVED PARTY / ATTORNEY APPEARANCE

**Commonwealth**
Plaintiff/Appellee
2 Extensions, 76 Days

James W. Sahakian, Esquire

**Mark A. Tassone**
Defendant/Appellant
4 Extensions, 122 Days

Russell J. Redgate, Esquire

### DOCKET ENTRIES

| Entry Date | Paper | Entry Text |
|---|---|---|
| 10/10/1996 | | TRANS: 4 VOLS 2 SETS CAB I/SHELF 2 |
| 10/10/1996 | #1 | ENTERED. #93-01372 |
| 11/20/1996 | #2 | APPT'S MTN: EXTEND B/A. |
| 11/20/1996 | | RE#2 ALLOWED TO 1/16/97. NOTICE. |
| 01/21/1997 | #3 | APPT'S MTN: EXTEND B/A W/ATTACH. |
| 01/21/1997 | | RE#3 ALLOWED TO 2/17/97.-NOTICE. |
| 02/20/1997 | #4 | APPT'S MTN: EXTEND B/A. |
| 02/20/1997 | | RE#4 ALLOWED TO 3/18/97. NOTICE. |
| 03/21/1997 | #5 | APPT'S MTN: FILE LATE B/A |
| 03/21/1997 | | RE#5 ALLOWED TO 3/21/97. NOTICE. |
| 03/21/1997 | #6 | APPT'S CERT OF SERVICE: B/A. |
| 03/26/1997 | #7 | APLE'S MTN: EXTEND BRIEF. |
| 03/26/1997 | | RE#7 ALLOWED TO 6/19/97. NOTICE. |
| 04/10/1997 | #8 | COPY OF COMM'S MTN FILED IN SUP CT. |
| 06/04/1997 | #9 | LTR/ADA GRANT W/COPY OF RULING PAPER #8. |
| 07/07/1997 | #10 | APLE'S MTN: FILE LATE BRIEF. |
| 07/07/1997 | | RE#10 ALLOWED. APLE BRIEF & SUPP/APPX ACCEPTED FOR FILING THIS DATE. NOTICE. |
| 07/07/1997 | #11 | APLE'S CERT OF SERVICE: BRIEF/SUPP APPX. |
| 07/28/1997 | #12 | APPT'S CERT OF SERVICE: REPLY BRIEF. |

| Date | Entry |
|---|---|
| 10/22/1997 | O/A SCHEDULED. |
| 10/23/1997 #13 | APLE'S MTN: ALLOW LAW STUDENT SIT AT CNSL TABLE AT O/A. |
| 10/23/1997 | RE#13 ALLOWED. NOTICE. |
| 11/07/1997 | ARGUMENT BEFORE A-PD-LK. |
| 12/16/1997 #14 | ORDER:"...APPT'S CNSL MAY FILE...ON AN IMPOUNDED BASIS, A SUPP/MEMO,NOT EXCEED 15 PGS ...NO LATER THAN 45 DAYS FROM RECEIPT OF THIS ORDER; APLE'S SUPP/MEMO SHALL BE DUE 30 DAYS THEREAFTER." (A-PD-LK) NOTICE/ATTEST/IMAGE |
| 02/05/1998 #15 | LTR/ATTY REDGATE TO PANEL A-PD-LK RE: ENCLOSED SUPPLEMENTARY MEMO REQUESTED (PAPER #14). **Impounded** |
| 06/11/1998 #16 | Decision: Rule 1:28 (A PD LK). Notice. (See image on file.) Judgment affirmed. |
| 07/09/1998 | RESCRIPT to Trial Court. |

As of 12/28/2003 14:35

# Supreme Judicial Court and Appeals Court of Massachusetts
## Public Case Information



- Home
- Case Search
  - Docket Number
  - **Involved Party**
  - Attorney Appearance
  - Lower Court
  - Lower Court Judge
- Court Calendars
- Help & Site Info
- Helpful Links
- Privacy Policy

Bottom >

## APPEALS COURT
### Panel Cases
### Case Docket

**COMMONWEALTH vs. MARK A. TASSONE**
2001-P-0269

### CASE HEADER

| | | | |
|---|---|---|---|
| **Case Status** | Closed: Rescript issued | **Status Date** | 11/04/2002 |
| **Nature** | CRIMINAL | **Entry Date** | 02/22/2001 |
| **Sub-Nature** | Rape, Assault & Battery | **SJ Number** | |
| **Appellant** | Defendant | **Case Type** | Criminal |
| **Brief Status** | | **Brief Due** | |
| **Panel** | Laurence, Gelinas, Duffly, JJ. | **Argued Date** | 06/11/2002 |
| **Citation** | 55 Mass. App. Ct. 1112 | **Decision Date** | 08/07/2002 |
| **Lower Court** | Middlesex Superior Court | **TC Number** | |
| **Lower Ct Judge** | Joseph A. Grasso, Jr., J. | **TC Entry Date** | 08/25/1993 |

### INVOLVED PARTY

**Commonwealth**
Plaintiff/Appellee
Red brief & appendix filed
1 Extension, 71 Days

**Mark A. Tassone**
Defendant/Appellant
Blue brief & appendix filed
2 Extensions, 42 Days

### ATTORNEY APPEARANCE

James W. Sahakian, A.D.A.
Eric R. Barber-Mingo, A.D.A.

Russell J. Redgate, Esquire

### DOCKET ENTRIES

| Entry Date | Paper | Entry Text |
|---|---|---|
| 02/22/2001 | | Transcripts received: NONE |
| 02/23/2001 | | Prior A.C. cases involving same parties: 1996-P-1600. |
| 02/22/2001 | #1 | Entered. |
| 04/04/2001 | #2 | MOTION to extend brief & appendix due date, filed by Mark A. Tassone. |
| 04/04/2001 | | RE#2: Extension to 05/02/2001 granted for filing of brief of Mark A. Tassone, Defendant/Appellant. No further enlargements. Notice. |
| 05/07/2001 | #2.5 | MOTION to extend brief & appendix due date, filed by Mark A. Tassone. |
| 05/11/2001 | #3 | Motion to file non-conforming brief filed by Mark A. Tassone. |
| 05/15/2001 | | RE#2.5: Extension to 05/15/2001 granted for filing of brief of Mark A. Tassone, Defendant/Appellant. (Dreben, J.) *Notice to counsel. |

| Date | # | Description |
|---|---|---|
| 05/15/2001 | | RE#3: Allowed. This one time only. (Dreben, J.) *Notice. |
| 05/15/2001 | #4 | SERVICE of brief & appendix for Defendant/Appellant Mark A. Tassone. |
| 05/24/2001 | #5 | MOTION to extend brief due date of Commonwealth, w/attach. |
| 05/24/2001 | | RE#5: Extension to 08/24/2001 granted for filing of brief of Commonwealth, Plaintiff/Appellee. No further enlargements. *Notice. |
| 08/23/2001 | #6 | SERVICE of brief & supplemental appendix for Plaintiff/Appellee Commonwealth. |
| 09/28/2001 | | Letter from ADA Barber-Mingo re: Unavailable 12/17-31/01. |
| 05/14/2002 | #7 | Notice of 06/11/2002, 9:30 A.M. argument sent. |
| 06/11/2002 | | Oral argument held. (L GS DF). |
| 08/06/2002 | | CONFIDENTIAL IMPOUNDED MATERIAL, Paper numbers 91, 92, and 93 returned to the trial court this date. |
| 08/07/2002 | #8 | Decision: Rule 1:28 (L-GS-DF). Order denying motion for new trial affirmed. *Notice. (See image on file.) |
| 08/20/2002 | #9 | PETITION for Rehearing, filed by Mark A. Tassone. (Petition contains IMPOUNDED material). |
| 09/09/2002 | #10 | ORDER: Denial of petition for rehearing. (L-GS-DF, JJ.) *Notice/Image. |
| 09/09/2002 | | RESCRIPT to Trial Court. |
| 09/16/2002 | | Copy of FAR application of Mark A. Tassone. |
| 11/04/2002 | | FAR DENIED (on 10/30/02). |
| 01/09/2003 | #11 | Letter from Mark A. Tassone re: request for a copy of the transcripts of the oral argument. |
| 01/16/2003 | | RE#11: Copy made and sent. |

< Top

As of 12/28/2003 14:3!

© 2001 RSI

# SUPREME JUDICIAL COURT
## for the Commonwealth
### Case Docket

## COMMONWEALTH vs. MARK A. TASSONE
### FAR-12894

### CASE HEADER

| | | | |
|---|---|---|---|
| Case Status | FAR denied | Status Date | 10/30/2002 |
| Nature | Crim: nonhomicide nondrug | Entry Date | 09/16/2002 |
| Appeals Ct Number | 2001-P-0269 | Opposition Date | |
| Appellant | Defendant | Applicant | Defendant |
| Citation | 438 Mass. 1102 | Case Type | Criminal |
| Full Ct Number | | TC Number | |
| Lower Court | Middlesex Superior Court | Lower Ct Judge | Joseph A. Grasso, Jr., J. |

### INVOLVED PARTY / ATTORNEY APPEARANCE

**Commonwealth**
Plaintiff/Appellee

James W. Sahakian, A.D.A.
Eric R. Barber-Mingo, A.D.A.

**Mark A. Tassone**
Defendant/Appellant

Russell J. Redgate, Esquire

### DOCKET ENTRIES

| Entry Date | Paper | Entry Text |
|---|---|---|
| 09/16/2002 | | Docket opened. |
| 09/16/2002 | #1 | MOTION to file FAR application late, filed for Mark A. Tassone by Russell J. Redgate, Esquire. *ALLOWED. Notice sent. |
| 09/16/2002 | #2 | FAR APPLICATION of Mark A. Tassone, filed by Russell J. Redgate, Esquire. |
| 10/30/2002 | #3 | DENIAL of FAR application. |

As of 12/28/2003 14:35