UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**MARK A. TASSONE**

V.                                             CIVIL ACTION NO. **04-10178-RCL**

**EDWARD FICCO**

**JUDGMENT OF DISMISSAL**

LINDSAY, D.J.

    In accordance with the Court's Order of April 7, 2004 allowing the motion to dismiss of the defendant Edward Ficco, Judgment is hereby entered as follows: Judgment for the defendant Edward Ficco dismissing this action.

April 8, 2004

/s/ Lisa M. Hourihan
---------------------------
Deputy Clerk